

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00829-CV

Nkrumah C. **CYNTJE**,
Appellant

v.

**CITY OF SAN ANTONIO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 374922
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  March 20, 2013

DISMISSED FOR WANT OF PROSECUTION

The appellant's brief in this appeal was due on January 20, 2013. Neither the brief nor a motion for extension of time was filed. We therefore ordered the appellant, Nkrumah C. Cyntje, to file, on or before March 8, 2013, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee was not significantly injured by Cyntje's failure to timely file a brief. We warned that if Cyntje failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of

prosecution. Cyntje failed to respond to our order. Therefore, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); TEX. R. APP. P. 42.3.

PER CURIAM